*E-Filed 1/30/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVIN R. GORDON, | No. C 11-3593 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | |

Plaintiff's motion to extend time to file a response to defendants' motion to dismiss (Docket No. 36) is GRANTED. Such motion shall be filed on or before April 1, 2013. If plaintiff does not file a response by such date, the Court will deem him to have waived his right to file an opposition to the motion. Plaintiff's motion to compel a response to his first amended complaint (Docket No. 28) is DENIED as moot, defendants having responded. The Clerk shall terminate Docket Nos. 28 and 36.

**IT IS SO ORDERED**.

DATED: January 30, 2013

RICHARD SEEBORG
United States District Judge